IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case No: 14-CV-62514-UU

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**CLIFFORD M. COMMANDAY,**

    Defendant.
_____/

## NOTICE OF APPEARANCE

COMES NOW, Chad Van Horn, Esq., and the law firm of Van Horn Law Group, P.A. notifying the Court, Plaintiff and all interested parties of his appearance as counsel for Defendant, CLIFFORD M. COMMANDAY and requests that all papers be served upon undersigned counsel.

Respectfully submitted this 30th day of December, 2014.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have, on this 30th day of December, 2014 served a copy of the foregoing Notice of Appearance on Steven M. Davis, Esq. via email at sdavis@becker-poliakoff.com

    Van Horn Law Group, P.A.
    330 N. Andrews Ave, Suite 450
    Ft. Lauderdale, FL 33301
    (954) 765-3166
    (954) 756-7103 (fax)
    chad@cvhlawgroup.com

By: /s/ Chad T. Van Horn
    Chad Van Horn, Esq.
    Florida Bar No: 064500