IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case No: 14-CV-62514-UU

**UNITED STATES OF AMERICA,**

 **Plaintiff,**

v.

**CLIFFORD M. COMMANDAY,**

 **Defendant.**

_____/

## ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW the Defendant, Clifford M. Commanday, by and through undersigned counsel, hereby files this Answer and Affirmative Defenses to Plaintiff's Complaint, and states as follows:

## ANSWER

1. No answer or response is required as to Paragraph 1 of the Complaint because said paragraph constitutes a jurisdictional statement by the United States of America (the "United States").

2. The allegations of paragraph 2 are admitted.

3. The allegations of paragraph 3 are denied.

4. The allegations of paragraph 4 are denied.

## FIRST AFFIRMATIVE DEFENSE

5. The Defendant states that all calculations and sums alleged by the Plaintiff are subject to an accounting and correction by the Court. The Plaintiff and or its prior servicing agents have received payments that were not applied to the account properly.

## **SECOND AFFIRMATIVE DEFENSE**

6. There is no copy of the note attached, the basis of the entire suit. The Plaintiff has not attached any documents evidencing the existence of this suit other than a certificate of indebtedness.

WHEREFORE, it is respectfully request that this Court grant a judgment In favor of the Defendant, Dismiss the Complaint, and any further relief as it deems just and proper under the circumstances.

Respectfully submitted this 9th day of January, 2015.

Van Horn Law Group, P.A.
330 N. Andrews Ave, Suite 450
Ft. Lauderdale, FL 33301
(954) 765-3166
(954) 756-7103 (fax)
chad@cvhlawgroup.com


By: /s/_____
Chad Van Horn, Esq.
Florida Bar No: 064500

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that I have, on this 9th day of January, 2015 served a copy of the

foregoing Answer and Affirmative Defenses on Steven M. Davis, Esq. via email at
sdavis@becker-poliakoff.com

               Van Horn Law Group, P.A.
               330 N. Andrews Ave, Suite 450
               Ft. Lauderdale, FL 33301
               (954) 765-3166
               (954) 756-7103 (fax)
               chad@cvhlawgroup.com


            By: /s/_____
              Chad Van Horn, Esq.
              Florida Bar No: 064500