UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-CV-62514-UNGARO

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. )
)
CLIFFORD M. COMMANDAY, )
)
Defendant. )
_____ )

### FINAL CONSENT JUDGMENT

Plaintiff, the United States of America, having filed its Complaint herein, and the Defendant, Clifford M. Commanday, having consented to the making and entry of this Final Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The Defendant hereby acknowledges and accepts service of the Complaint filed herein.

3. The Defendant hereby agrees to the entry of a judgment in the sum of $70,905.93 (principal of $45,134.72, interest in the amount of $24,761.21 at the variable rate of 3.13% per annum for Account No. 2011A31986); plus a Fee for Service and Travel, per 28 U.S.C § 1921 of $50.00 and Attorney's fees of $960.00 from March 17, 2015 through the date of judgment and interest at the legal rate thereafter until paid in full.

4. Defendant will make a down payment of **$1,000.00** and then monthly installments in the amount of **$100.00**, which will increase yearly by **$25.00** (see spreadsheet), starting on **June 1st, 2015**, payable to the Department of Justice, to be sent to the US Department of Justice, Nationwide Central Intake Facility, P. O. Box 790363, St.Louis, MO 63179-0363.

INITIALS: _____CC    _____USA

CASE NO.: 14-CV-62514-UNGARO

5. On the 1st day of each month thereafter, the judgment debtor will tender to the United States a check payable to the Department of Justice in the amount of $100.00, which increases yearly by $25.00, and will continue to make such payments by the 1st of each month, until the entire amount in the spreadsheet below is paid in full:

| Payment Installments | | | | | |
|---|---|---|---|---|---|
| Year | Monthly payment | annual | total | initial: | 100 |
| 0 | 1000 | | 1000 | increment | 25 |
| 1 | 100 | 1200 | 2200 | | |
| 2 | 125 | 1500 | 3700 | | |
| 3 | 150 | 1800 | 5500 | | |
| 4 | 175 | 2100 | 7600 | | |
| 5 | 200 | 2400 | 10000 | | |
| 6 | 225 | 2700 | 12700 | | |
| 7 | 250 | 3000 | 15700 | | |
| 8 | 275 | 3300 | 19000 | | |
| 9 | 300 | 3600 | 22600 | | |
| 10 | 325 | 3900 | 26500 | | |
| 11 | 350 | 4200 | 30700 | | |
| 12 | 375 | 4500 | 35200 | | |
| 13 | 400 | 4800 | 40000 | | |
| 14 | 425 | 5100 | 45100 | | |
| 15 | 450 | 5400 | 50500 | | |
| 16 | 475 | 5700 | 56200 | | |
| 17 | 500 | 6000 | 62200 | | |
| 18 | 525 | 6300 | 68500 | | |

INITIALS_CC    ___USA

CASE NO.: 14-CV-62514-UNGARO

| 19 | 550 | 6600 | 75100 | | | |
|---|---|---|---|---|---|---|
| 20 | 575 | 6900 | 82000 | | | |

(a) Each said payment shall be applied first to the payment of interest accrued to the date of receipt of said payments, and the balance, if any, to the principal. Should Defendant default by failing to make a timely payment, the entire amount of the judgment, less payments made plus interest and costs and attorney fees shall be immediately due and payable.

6. This judgment shall be recorded among the records of the Circuit Court in the County of residence of the defendant, and all other jurisdictions where it is determined by the plaintiff that the defendant owns real or personal property.

7. The Defendant shall keep the United States currently informed in writing of any material change in his financial situation or ability to pay, and of any change in his employment, place of residence or telephone number. Defendant shall provide such information to Steven M. Davis, Esq., at 121 Alhambra Plaza, Alhambra Towers, 10th Floor, Coral Gables, FL 33134 and U.S. Department of Education 50 Beale St., Suite 8601 San Francisco, CA 94105.

**SIGNATURE PAGE TO FOLLOW**

INITIALS: _CC_   ___USA

CASE NO.: 14-CV-62514-UNGARO

Respectfully submitted,

Date: 5/7/2015

Steven M. Davis, Esq.
Becker & Poliakoff, P.A.
Attorney for Plaintiff
121 Alhambra Plaza
Alhambra Towers - 10th Floor
Coral Gables, FL 33134
Tel: (305) 262-4433
Fax: (305) 442-2232

Date: 5/7/15

Clifford M. Commanday
3350 NW 22nd Drive,
Coconut Creek, FL 33066

Date: 5/7/15

Matthew T. Moore.
Van Horn Law Group P.A.
330 N. Andrews Avenue, Suite 450
Fort Lauderdale, 33301

APPROVED THIS 12 DAY OF May, 2015.

URSULA UNGARO
U.S. DISTRICT COURT JUDGE

INITIALS: CC    ___USA